

**MICHAEL REICH**
Email mreich@reichlawoffice.com

15 Maiden Lane
Suite 1500
New York, NY 10038
Contact Us 646-568-72152

Online reichlawoffice.com

October 2, 2015

Chief Magistrate Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Kelvin Rosario v. NYC Dept. of Corrections et.al.
     Case No.: 14-CV-05245

Dear Judge Gold:

  This matter is scheduled for a Conference on October 15, 2015 at 12:00 pm, and I believe that it is important to advise the Court of issues that must be resolved before meaningful discovery and settlement discussions can proceed.

  The Plaintiff's former attorney Mel Gonzalez was suspended from the practice of law by the Appellate Division of the 1st Department of New York on September 10, 2015. I have now been retained by the Plaintiff and substituted in as attorney for Ismael Gonzalez and Howard Simmons, who briefly represented the Plaintiff.

  I am in the process of trying to obtain the file from Mr. Gonzalez and compile the Plaintiff's medical records, as I have only been able to see a few records beyond those that are available on the Court's e-file system.

  I have informed Tobias Zimmerman, Esq., attorney for the defendants of these facts and Mr. Zimmerman agreed to provide me all documents that have been exchanged between the parties to date. I will make a determination of whether to request an adjournment of the upcoming conference as we get closer to that date.

Respectfully yours,

Michael Reich