

**REICH LAW FIRM**
*Your Partner in Crisis*

**MICHAEL REICH**
Email mreich@reichlawoffice.com

PO Box 779
New York, NY 10033

Contact Us 212-375-3999

Online reichlawoffice.com

February 12, 2016

Hon. Steven M. Gold
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Kelvin Rosario v. City of New York
14-CV-5245

Dear Judge. Gold:

Please be advised that I have been unable to reconcile with my client and intend to file a Motion to be Relieved as Counsel in this matter.

Sincerely yours,

Michael Reich