

**REICH LAW FIRM**
*Your Partner in Crisis*

**MICHAEL REICH**
Email mreich@reichlawoffice.com

PO Box 779
New York, NY 10033

Contact Us 212-375-3999

Online reichlawoffice.com

February 25, 2016

Hon. Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Kelvin Rosario v. City of New York
    Case No.: 14-CV-5245

Dear Judge Gold:

    I am hereby requesting that the hearing that was scheduled for February 29, 2016, be adjourned for approximately eight weeks and that all proceedings be stayed. My client's family has informed me that the Plaintiff is hospitalized in the psychiatric facility at North Central Hospital in the Bronx and has been hospitalized for most of the past 90 days. He will not be released before the hearing date. As a result of the Plaintiff's extended hospitalization he has not had the ability to look for new counsel and therefore it is appropriate to adjourn the upcoming hearing.

    Additionally, it is difficult for the Plaintiff to participate in this proceeding on his behalf while he is being hospitalized in a psychiatric ward, and as a result, I request that all matters within this proceeding be stayed until the hearing that I have requested.

    Please be advised that I will be unavailable for any appearance between April 20, 2016 and May 2, 2016.

Respectfully Submitted;

Michael Reich