**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE:** | February 29, 2016 |
| **TIME:** | 11:00 A.M. |
| **DOCKET NUMBER(S):** | CV-14-5245 (PKC) |
| **NAME OF CASE(S):** | ROSARIO VS NEW YORK CITY ET AL |
| **FOR PLAINTIFF(S):** | Reich |
| **FOR DEFENDANT(S):** | Zimmerman |
| **NEXT CONFERENCE(S):** | **MAY 12, 2016 AT 12:00 P.M., BY PHONE** (See Rulings Below) |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM TELEPHONE CONFERENCE:**

Case stayed for reasons set forth in plaintiff's letter of February 25, 2016, Docket Entry 30.  THE COURT WILL HOLD A TELEPHONE CONFERENCE AT 12 NOON ON MAY 12, 2016.  Counsel for defendants will arrange the conference call.  Counsel for plaintiff will consider whether appointment of a guardian ad litem is warranted and be prepared to address that issue at the next conference.  See Fed. R. Civ. P. 17(c), Ferrelli v. River Manor, 323 F.3d 196 (2d Cir. 2003).